11-1112-pr
Ocasio v. Deluke

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of April, two thousand twelve.

PRESENT:
          JOHN M. WALKER, JR.,
          GERARD E. LYNCH,
          RAYMOND J. LOHIER, JR.,
                    *Circuit Judges.*

_____

OMAR OCASIO,

                    *Plaintiff-Appellant*,

          v.                                                      No. 11-1112-pr

F. DELUKE, C.O., GREAT MEADOW
CORRECTIONAL FACILITY, *et al.*,

                    *Defendants-Appellees*.

_____


FOR APPELLANT:                    Omar Ocasio, *pro se*, New York, New York.

FOR APPELLEES: Victor Paladino, Assistant Solicitor General, Albany, New York (Barbara D. Underwood, Nancy A. Spiegel, *on the brief*), *for* Eric T. Schneiderman, Attorney General of the State of New York.

Appeal from a judgment of the United States District Court for the Northern District of New York (Gary L. Sharpe, *Chief Judge*; David R. Homer, *Magistrate Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Omar Ocasio, proceeding *pro se*, appeals from the district court's grant of summary judgment in favor of Appellees. Ocasio's complaint under 42 U.S.C. § 1983 alleges numerous constitutional violations by officials at New York State Department of Corrections and Community Supervision at Great Meadow Correctional Facility. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

The magistrate judge's report and recommendation, which was adopted by the district court, correctly found that Ocasio failed to exhaust his administrative remedies. That failure warranted the grant of summary judgment against him. *See* 42 U.S.C. § 1997e(a). Moreover, other than the excessive force claims, none of Ocasio's claims would survive summary judgment even if he had exhausted his administrative remedies. Therefore we affirm the district court's judgment for substantially the same reasons set forth in the magistrate judge's thorough report.

We have considered all of Appellant's arguments on appeal and have found them to be without merit.  For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk